No. 04–1441. PATRICK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. v. DEFOY. C. A. 3d

Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 
██